United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-13580-elf
Ardena Y Starks  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Jan 20, 2021   Form ID: 155   Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ardena Y Starks, 7300 Passyunk Avenue, Philadelphia, PA 19142-1544 |
| 14535123 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14549959 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14535124 | + | Equiant/Thousand Trails, Attn: Bankruptcy Dept, 5401 N Pima Rd Ste 150, Scottsdale, AZ 85250-2630 |
| 14535126 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14540429 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14570372 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14548351 | | PNC Bank, National Association, c/o Karina Velter, Equire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14535133 | + | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14535116 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2021 04:53:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14537520 | | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2021 04:53:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14535117 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 03:27:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14535118 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 04:53:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14535119 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 04:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14535121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 04:53:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14535120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2021 04:53:00 | Comenitybank/anntylr, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14548891 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2021 04:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14535122 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 21 2021 04:54:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14535125 | + | Email/Text: bknotice@ercbpo.com | Jan 21 2021 04:54:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14536341 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14535127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:34 | LVNV Funding/Resurgent Capital, Attn: |

Case 20-13580-elf   Doc 33   Filed 01/22/21   Entered 01/23/21 00:59:57   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 155 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14535128 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 21 2021 04:54:02 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14535129 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 21 2021 04:54:02 | Navy Federal Cu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14537660 | + | Email/PDF: cbp@onemainfinancial.com | Jan 21 2021 03:21:21 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 14535130 | + | Email/PDF: cbp@onemainfinancial.com | Jan 21 2021 03:27:16 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14535131 | | Email/Text: blegal@phfa.org | Jan 21 2021 04:54:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14535132 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 04:53:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14559441 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 04:53:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 14536024 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2021 04:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

**Name**        **Email Address**

BRAD J. SADEK
on behalf of Debtor Ardena Y Starks brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KARINA VELTER
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 20, 2021 | Form ID: 155 | Total Noticed: 29

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Ardena Y Starks
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−13580−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 19, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

32 − 8
Form 155