## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ardena Y. Starks<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　Movant<br>　　vs.<br>Ardena Y. Starks<br>　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 20-13580 ELF<br><br>11 U.S.C. Section 362 |

### MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY
### FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER SECTION 362

1.Movant is PENNSYLVANIA HOUSING FINANCE AGENCY.

2.Debtor(s) is/are the owner(s) of the premises 7300 Passyunk Avenue AKA 7300 West Passyunk Avenue, Philadelphia, PA 19142, hereinafter referred to as the mortgaged premises.

3.Movant is the holder of a mortgage, original principal amount of $77,388.00 on the mortgaged premises that was executed on November 17, 2003.  The mortgage has been assigned as follows:

AAKO, Inc. DBA Boulevard Mtg. Company of PA to PHFA filed on December 8, 2003 at Document Number 50820566.

4.William C. Miller Esq., is the Trustee appointed by the Court.

5.The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6.Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $618.00 for the months of October 2020 through January 2021 plus late charges if applicable.

7.The total amount necessary to reinstate the loan post-petition is $2,472.00.

8.Movant is entitled to relief from stay for cause.

9. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises.  Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant