UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Ardena Y. Starks | : | Case No: 20-13580-ELF |
| | : | |
|     Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: April 27, 2021                             /s/ Brad J. Sadek, Esquire
                                                                             Brad J. Sadek, Esquire
                                                                             Sadek and Cooper Law Offices, LLC
                                                                             1315 Walnut Street, Suite 502
                                                                             Philadelphia, Pa 19107
                                                                             215-545-0008