**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ardena Y. Starks <u>Debtor(s)</u> | Chapter 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <u>Movant</u> vs. | NO. 20-13580 ELF |
| Ardena Y. Starks <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| and Kenneth E. West Esq. <u>Trustee</u> | |

## CERTIFICATION OF DEFAULT

I, Rebecca A. Solarz, Esquire, attorney for Movant, certify that Debtor(s) has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated October 25, 2021 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant/Applicant

November 11, 2021