# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ardena Y. Starks<br>　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Ardena Y. Starks<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 20-13580 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Certification of Default of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **November 11, 2021 (Doc. No. 78)**.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 11/19/2021