# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ardena Y. Starks<br>　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　Movant<br>　　vs.<br><br>Ardena Y. Starks<br>　　　　　　　　Debtor(s)<br><br>and Kenneth E. West Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br>NO. 20-13580 ELF |

## ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Movant on November 11, 2021, and that Certification of Default having been withdrawn by Movant on November 19, 2021, it is **ORDERED** that the November 22, 2021 Order Granting Relief from the Automatic Stay is hereby **VACATED**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ERIC L. FRANK
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE