# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ardena Y. Starks <br> Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br> Movant <br> vs. <br><br> Ardena Y. Starks <br> Debtor(s) <br><br> and Kenneth E. West Esq. <br> Trustee | Chapter 13 <br><br> NO. 20-13580 ELF |

## ORDER

AND NOW, this 24th day of November, 2021 upon the filing of a Certification of Default by the Movant on November 11, 2021, and that Certification of Default having been withdrawn by Movant on November 19, 2021, it is **ORDERED** that the November 22, 2021 Order Granting Relief from the Automatic Stay is hereby **VACATED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**